439-01/DPM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Petitioner A.P. Moller-Maersk A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
A.P. MOLLER-MAERSK A/S,

                           Petitioner,

    - against -

AGROWEST S.A., DOSVALLES S.A., AND
COMEXA S.A.,

                           Respondents.
------------------------------------------------------------------x

JUDGE BATTS

07 CV 1750

07 CV _____ ( )

NOTICE OF MOTION TO COMPEL
ARBITRATION IN ACCORDANCE
WITH ARBITRATION
AGREEMENT

SIRS:

PLEASE TAKE NOTICE that on the accompanying Verified Petition of A.P. MOLLER-MAERSK A/S and the supporting Declaration of Aogu Andrew Tsukamoto, the Affidavit of Don P. Murnane, Jr., and the Memorandum of Law, Petitioner will move this Court, pursuant to the Federal Arbitration Act 9 U.S.C. §§1-208, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York on the ____ day of March 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an order (1) directing Respondents to proceed immediately to arbitration in accordance with the arbitration agreement set forth in the applicable Service Contract dated December 15, 2000, all as is described in the Petition annexed hereto; (2) disqualifying Respondents' arbitral nominee, J. David Stark, from serving as arbitrator in the proceedings; (3) requiring that Respondents, within twenty (20) days, appoint a different arbitrator in compliance with the arbitration agreement contained in the Service

NYDOCS1/278880.1

Contract, failing which Petitioners will be permitted to appoint an arbitrator on Respondents' behalf; (4) ordering Respondents to pay the costs and fees of this Petition; and (5) granting such other, further and different relief as the Court may deem just and proper in the premises.

Dated: New York, New York
February 28, 2007

                         FREEHILL HOGAN & MAHAR, LLP
                         Attorneys for Petitioner
                         A.P. MOLLER-MAERSK A/S

By: _____
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

To: **BY EXPRESS MAIL – DHL COURIER**
**Agrowest S.A.**
Calle 50
Torre/Edificio Dresdner Bank
Piso 8, Panama, Panama Ciudad
Attn: Manuel F. Haito S.

**DosValles S.A.**
Calle 50
Torre/Edificio Dresdner Bank
Piso 8, Panama, Panama Ciudad
Attn: Manuel F. Haito S.

**Comexa S.A.**
Via La Isla
Barriada El Aserrio
Chitre, Provincia de Herrera, Panama
Attn: Manuel F. Haito S.
-and-

Calle 50
Torre/Edificio Dresdner Bank
Piso 8, Panama, Panama Ciudad
Attn: Manuel F. Haito S.

cc: **BY FEDERAL EXPRESS**
Clark Atchison & Reisert
7800 River Road – Suite 2
North Bergen N. J. 07047
Attn: Peter D. Clark, Esq.