439-01/DPM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Petitioner A.P. MOLLER-MAERSK A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
A.P. MOLLER-MAERSK A/S,                   07 CV 1750 (DAB)

                               Petitioner,

      - against -                         **DECLARATION OF SERVICE**
                                          **PURSUANT TO 28 USC § 1746**

AGROWEST S.A., DOSVALLES S.A., AND
COMEXA S.A.,

                               Respondents.
-----------------------------------------------------------------x

GONZALO BARRIOS, pursuant to §1746 of Title 28 of the United States Code, hereby declares and says the following under penalty of perjury:

1.   I am not a party to the within action and am over 18 years of age. I am a paralegal in the law office of MORGAN & MORGAN which has an office and place of business at MMG Tower, 16th Floor, 53 E Street, Urbanización Obarrio, World Trade Center, Panama City, Republic of Panama.

2.   On March 8, 2007, I personally served a copy of: (a) Notice of Motion; (b) Verified Petition to Compel Arbitration; (c) Declaration of A. Tsukamoto (and accompanying exhibits); (d) Affidavit of Don P. Murnane Jr., Esq. (and accompanying exhibits); and (e) Memorandum of Law, upon:

Agrowest S.A.
Comexa, S.A.
Dos Valles, S.A.
Torre Dresdner Bank, Piso 8
Panama City, Republic of Panama.

3. As proof of service, I requested the individual to whom I hand-delivered the above-mentioned documents to sign, date and time the receipt of the documents. I attach herewith as Exhibit A, a copy of such proof of service.

4. On April 3, 2007, I also personally served an additional copy of the same documents described in paragraph 2 above upon Comexa S.A. at Via La Isla, Chitré, Herrera, Republic of Panama.

5. As proof of service, I requested the individual to whom I hand-delivered the above-mentioned documents to sign, date and time the receipt of the documents. I attach herewith as Exhibit B, a copy of such proof of service.

Executed at: Ciudad de Panamá, Panamá
May 18, 2007

By: _____
GONZALO BARRIOS