# EXHIBIT A

NYDOCS1/265291.1

# MORGAN & MORGAN
ABOGADOS - ATTORNEYS AT LAW

MMG TOWER, 16TH FLOOR, 53RD E STREET, URBANIZACIÓN MARBELLA
P.O. BOX 0832-00232 WORLD TRADE CENTER, PANAMA, REPUBLIC OF PANAMA
TEL: (507) 265-7777 / FAX: (507) 265-7700
MARITIME 24 HOURS TEL: (507) 263-8030
E-MAIL: INFO@MORIMOR.COM
WEBSITE: WWW.MORIMOR.COM/LAWFIRM

March 8th, 2007

Messrs.
**AGROWEST, S.A.; COMEXA, S.A.;
& DOS VALLES, S.A.**
Torre Dresdner Bank, Piso 8
Calle 50
Panama City, Panama

<u>Attention:</u>   Manuel F. Haito S.

Dear Mr. Haito:

Please find enclosed herewith a copy of the Summons in a Civil Case (Case No: 07CV1750) issued by the United States District Court of the Southern District of New York and a copy of the Petition to Compel Arbitration in Accordance with Arbitration Agreement filed by AP. Moller-Maersk A/S against Agrowest, S.A.; Comexa, S.A. and Dos Valles, S.A. before the United States District Court of the Southern District of New York, along with supporting pleadings.

Yours Sincerely,
MORGAN & MORGAN

Fernando Alfaro
/la

