# EXHIBIT B

NYDOCS1/265291.1

EDUARDO MORGAN (1988)
GERMAN LOPEZ (1994)
EDUARDO MORGAN JR
JUAN DAVID MORGAN
ARISTIDES ROYO S.
SIMON A. TEJEIRA Q.
EDUARDO FERRER M.
LUIS A. HINCAPIE
CARLOS DOMINGO DE PUY
JORGE LUIS REYES C.
MERCEDES A. DE GRIMALDO
ENRIQUE DE ALBA A.
ROBERTO LEWIS M.
ANIBAL TEJEIRA A.
ENRIQUE A. JIMENEZ JR.
MARIO A. DE DIEGO G.
SIMON A. TEJEIRA JR.
RODRIGO E. ARIAS V.
JUAN DAVID MORGAN JR
SUSANA E. REYES C.
EDUARDO GONZALEZ GARAY
EDUARDO E. MORGAN B.
ROMULO A. ROUX M.
JAZMINA L. ROBI S.
FRANCISCO J. LINARES F.
INOCENCIO E. GALINDO
RICARDO LACHMAN V
RAUL A. CASTRO
CARLOS E. GONZALEZ RAMIREZ

MIGUEL A. DE PUY V.
JAVIER A. PEREZ A.
DAYRA BERBEY DE ROJAS
MARIA E. BRENES TOVAR
LUIS MANZANARES
FERNANDO A. ALFARO A.
RAMON VARELA
LUIS VALLARINO
LUIS MIGUEL HINCAPIE
ANA GRISELDA TRIBALDOS D.
JOSE D. CARRIZO D.
GISELLE MONCADA
JIDY DE PUY
ISABEL CRISTINA LOPEZ
ALEXIS MEDINA
FERNANDO BOYD
PATRICIA VILLANUEVA

MARIO A. TEJEIRA A.
NELA FERNANDEZ BLOISE
NAIM MUSA
RISHI ALAIN MUNGAL
MARIA ISABEL DOYLE
HELENE A. LEWIS
PATRICIO BARTHE
MARTA BATISTA
ANA CAROLINA PALACIOS
GABRIEL TRIBALDOS
JOSE ANDRES CALVO

# MORGAN & MORGAN
ABOGADOS - ATTORNEYS AT LAW

MMG TOWER, 16TH FLOOR, 53RD E STREET, URBANIZACION MARBELLA
P.O. BOX 0832-00232, WORLD TRADE CENTER, PANAMA, REPUBLIC OF PANAMA
TEL: (507) 265 7777 - FAX: (507) 265 7700
MARITIME 24 HOURS TEL: (507) 263-8030
E-MAIL: INFO@MORIMOR.COM
WEB SITE: WWW.MORIMOR.COM/LAWFIRM

March 29th, 2007

Messrs.
**COMEXA, S.A.**
Vía La Isla
Chitré, Herrera
República of Panama

Dear Sirs:

Please find enclosed herewith a copy of the Summons in a Civil Case (Case No: 07CV1750) issued by the United States District Court of the Southern District of New York and a copy of the Petition to Compel Arbitration in Accordance with Arbitration Agreement filed by AP. Moller-Maersk A/S against Agrowest, S.A.; Comexa, S.A. and Dos Valles, S.A. before the United States District Court of the Southern District of New York, along with supporting pleadings.

Yours Sincerely,
**MORGAN & MORGAN**

Fernando Alfaro
/fa

MADRID, SPAIN
TEL: (3491) 556-7616/(3491) 555-7736
FAX: (3491) 556-3689
EMAIL: MADRID@MORIMOR.COM

LONDON, ENGLAND
TEL: (44) 207-493-1978
FAX: (44) 207-493-1979
EMAIL: LONDON@MORIMOR.CO.UK

BELIZE CITY, BELIZE
TEL: (501) 227-6687/227-6688
FAX: (501) 227-6689
EMAIL: BELIZE@MORIMOR.COM

TORTOLA, B.V.I.
TEL: (284) 494-2011
FAX: (284) 494-3015
EMAIL: BVI@MORIMOR.COM

DAVID, PANAMA
TEL: (507) 775-8063
FAX: (507) 775-7914
EMAIL: CHIRIQUI@MORIMOR.COM