439-01/DPM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Petitioner A.P. MOLLER-MAERSK A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
A.P. MOLLER-MAERSK A/S,                        07 CV 1750 (DAB)

                           Petitioner,

   - against -                                   **AFFIDAVIT OF SERVICE**

AGROWEST S.A., DOSVALLES S.A., and
COMEXA S.A.,

                           Respondents.
----------------------------------------------------------------x

State of New York  )
                       ) ss.:
County of New York  )

     MANUEL A. MOLINA, being duly sworn, deposes and says:

     1.     I am an associate in the law firm of Freehill Hogan & Mahar LLP, attorneys for Petitioner A.P. MOLLER-MAERSK A/S, and am admitted to practice before this court.

     2.     On June 12, 2007, I served, via DHL express courier and in a DHL package, a copy of Petitioner's application requesting that its Petition and Motion to Compel Arbitration be granted on default. Service was made upon:

Agrowest S.A.
Comexa, S.A.
Dos Valles, S.A
Torre Dresdner Bank, Piso 8,
Panama City, Republic of Panama
Attn: Mr. Manuel Haito Sahurie. (See Exhibit A annexed hereto). The package bore the DHL

NYDOCS1/280799.1

Tracking Number of 825 5659 602.

3. On the same day, I served, via DHL express courier and in a DHL package, a copy of the above-mentioned pleading upon:

Comexa S.A.
Via La Isla
Barriada El Asserio
Chitre, Provincia de Herrea
Republic of Panama (See Exhibit B annexed hereto). The package bore the DHL Tracking Number of 825 5659 624.

4. On June 15, 2007, deponent accessed the DHL website, http://track.dhl-usa.com, to determine whether or not the above mentioned DHL packages had been delivered to Agrowest S.A., Comexa, S.A. and Dos Valles S.A.

5. Deponent's search within the DHL website revealed that the DHL package bearing the Tracking Number of 825 5659 602 was delivered at the address indicated in paragraph 2 above on June 14, 2007 at 9:24 a.m., and that the DHL package bearing the Tracking Number of 825 5659 624 was delivered at the address indicated in paragraph 3 above on June 14, 2007 at 12:27 p.m. Annexed hereto as Exhibit C is a copy of the DHL webpages confirming delivery of the aforementioned DHL packages upon all of the Respondents herein.

Dated: New York, New York
       June 15, 2007

_____
MANUEL A. MOLINA

Sworn to before me this
15th day of June, 2007

_____
NOTARY PUBLIC

HAZEL S. ROSENTHAL
Notary Public, State of New York
No. 01RO4641178
Qualified in Queens County
Certified in New York County
Commission Expires Dec. 31, 2010

NYDOCS1                                                2