**EXHIBIT A**

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*□
DANIEL J. FITZGERALD*†△
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
□ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

June 12, 2007

Our Ref: 439-01/DPM/MAM

**BY DHL (TRACKING No.: 825 5659 602 )**

Agrowest S.A., DosValles S.A. and Comexa S.A.
Calle 50
Torre/Edificio Dresdner Bank
Piso 8, Panama, Panama Ciudad

Attn: Mr. Manuel Haito Sahurie

COPY

RE:   A.P. Moller-Maersk A/S v. Agrowest S.A., et al.
      07-1750 (DAB)
      _____

Dear Mr. Haito:

In connection with the above-referenced matter, enclosed herewith please find a copy of Maersk's application requesting that its Petition and Motion to Compel Arbitration be granted on default, as per the Order issued by the Hon. Judge Deborah A. Batts on May 17, 2007.

Very truly yours,

FREEHILL HOGAN & MAHAR, LLP

Don P. Murnane, Jr.
Manuel A. Molina

Encl.

NYDOCS1/285062.1

# DHL INTERNATIONAL SHIPMENT WAYBILL (Non-negotiable)

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only

Waybill No: **825 5659 602**

**1. Shipper account number and shipment value protection details**
- [X] Shipper  [ ] Receiver  [ ] 3rd Party
- [ ] Cash  [ ] Check  [ ] Credit Card
- Account No.: (not legible)
- Value Protection (see reverse)
- Declared Value for Carriage (in US $): ___

**2. (Shipper)**
- Account Number: 514858
- Contact Name: M. MOLINA
- Reference: 439-01/DPM-MAM
- Name: [ ]EEHILL, HOGAN MAHER
- Address: [ ]0 PINE STREET
- City/Code: NEW YORK  NY 10005

**3. (Receiver)**
- Name: [ ]OWEST S.A., DOS VALLES S.A.
- Person: [MA]NUEL SAHURIE
- Address: Calle 50
- [Calle]/EDIFICIO DRESDNER BANK
- [Piso] 8, PANAMA,
- [Pana]ma Ciudad  Country: PANAMA

**4. Shipment Details**
- Total number of packages: 1
- Total Weight: ___
- Dimensions (inches): ___

**5. Full Description of Contents**
LETTER + EXHIBITS

**6. Dutiable Shipments Only (Customs requirement)**
(blank)

**7. Shipper's Authorization (signature required)**
Signature: (blank)   Date: / /

**8. Products & Services**
- [ ] International Express Envelope
- [ ] Non-Dutiable (International Document Service)
- [ ] Dutiable (Worldwide Priority Express)
- [ ] Other

Service Options:
- [ ] Saturday Delivery  [ ] Special Pickup
- [ ] Delivery Notification  [ ] Signature Required

Global Mail:
- [ ] Int. Priority  [ ] Int. Standard  [ ] IPA  [ ] ISAL
- [ ] Dom. Priority  [ ] Dom. Standard

DIMENSIONAL/CHARGEABLE WEIGHT: ___ lbs

SERVICES | CHARGES
--- | ---
 | 
Drop Box # | TOTAL
 | 

TRANSPORT COLLECT STICKER No.: ___
PAYMENT DETAILS (Check, Card No.): ___
PICKED UP BY: ___
Route No.: ___
Time: ___  Date: ___