# EXHIBIT B

NYDOCS1/265291.1

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**
DANIEL J. FITZGERALD*†▲
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

June 12, 2007

Our Ref: 439-01/DPM/MAM

**BY DHL (TRACKING No.:825 5659 624 )**

Comexa S.A.
Via la Isla
Barriada El Asserio
Chitre, Provincia de Herrera
Panama

Attn: Mr. Manuel Haito Sahurie

RE:   A.P. Moller-Maersk A/S v. Agrowest S.A., et al.
      07-1750 (DAB)

Dear Mr. Haito:

In connection with the above-referenced matter, enclosed herewith please find a copy of Maersk's application requesting that its Petiiton and Motion to Compel Arbitration be granted on default, as per the Order issued by the Hon. Judge Deborah A. Batts on May 17, 2007.

Very truly yours,

FREEHILL HOGAN & MAHAR, LLP

Don P. Murnane, Jr.
Manuel A. Molina

Encl.

NYDOCS1/285063.1

Process and Track your shipment online: http://www.dhl.com
1-800-CALL-DHL in USA only   **INTERNATIONAL SHIPMENT WAYBILL** (Non-negotiable)

825 5659 624

| ORIGIN | DESTINATION CODE |

8255659624

**account number and shipment value protection details**
☒ Shipper ☐ Receiver ☐ 3rd Party
☐ Cash ☐ Check ☐ Credit Card
ount No. _____
Value Protection (see reverse)
eclared Value for Carriage (in US $) _____
Not all payment options are available in all countries.

**(Shipper)**
Account Number: 0514858
Contact Name: M. MOLINA
Reference (up to 35 characters): 439-01/DAM/MAM
Name: EEHILL HOGAN, MAHAR
80 PINE ST
24th FLR.
ode (required): NY 10005
Phone: 425-1900

**(Receiver)**
Name: NEXA S.A.
rson: MANUEL H. SAHURIE
ddress: A LA ISLA
JRRIADA EL ASSERIO
ITRE, PROVINCIA de HERRERA
Country: PANAMA

**4 Shipment Details**
Total number of packages: 1
Total Weight (If DHL Express Document packaging used, enter XD.)
Dimensions (in inches): Pieces / Length / Width / Height
lbs

**5 Full Description of Contents**
Give Content and Quantity

**6 Dutiable Shipments Only (Customs requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice.
Export License No./Symbol (if applicable) | Receiver's VAT/GST or Shipper's EIN/SSN
Declared Value for Customs (in US $) | Schedule B Number / Harmonized Code (if applicable)
AES TRANSACTION NUMBER | TYPE OF EXPORT: ☐ Permanent ☐ Repair/Return ☐ Temporary
Destination Duties/Taxes If left blank, Receiver pays duties/taxes.
☐ Receiver ☐ Shipper ☐ Other

**7 Shipper's Authorization (signature required)**
Signature (required) / Date

**8 Products & Services**
☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other
Service Options: ☐ Saturday Delivery ☐ Special Pickup
☐ Delivery Notification ☐ Signature Required
Global Mail: ☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard

DIMENSIONAL/CHARGEABLE WEIGHT
SERVICES | CHARGES
Drop Box # | TOTAL
TRANSPORT COLLECT STICKER No.
PAYMENT DETAILS (Check, Card No.)
No. | Type | Expires | Auth
PICKED UP BY
Route No.
Time | Date