**EXHIBIT C**

Contac



| Ship | Track | Services | About DHL | Help |

DHL USA Home   DHL Global

# Track results detail

## Tracking results detail for 8255659602

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | Shipment delivered. |
| Delivered on | | 6/14/2007  9:24 am |
| Delivered to | | |
| Signed for by | | CATNI    What is this? |

## Log in to DHL

User ID  [    ]
Password [    ]
☐ Remember my User ID

Log in 
▸ Forgot your Password?

**New to DHL online?**
Registration is quick and free.
▸ Sign up now

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 6/14/2007 | 9:24 am | Shipment delivered. | Panama City, Panama |
| | 7:57 am | With delivery courier. | Panama City, Panama |
| | 3:24 am | In transit. | Panama City, Panama |
| | 3:23 am | Depart Facility | Panama City, Panama |
| | 3:04 am | Arrived at DHL facility. | Panama City, Panama |
| | 12:15 am | Transit through DHL facility | Panama City, Panama |
| 6/13/2007 | 10:29 pm | Depart Facility | Miami Gateway, FL |
| | 5:30 pm | Processed at DHL Location. | Miami Gateway, FL |
| | 3:23 am | In transit. | Wilmington - Clinton Fiel |
| | 3:20 am | In transit. | Wilmington - Clinton Fiel |
| 6/12/2007 | 7:49 pm | In transit. | New York Midtown, NY |
| | 4:00 pm | Shipment picked up | New York Midtown, NY |

**Ship From:**
FREEHILL HOGAN & MAHAR
New York, NY  10005-1759
United States

**Ship To:**
Panama City, Panama

**Shipment Information:**
Ship date: 6/13/2007
Pieces: 1
Total weight: 1 lb *

Ship Type:
Shipment Reference:
Service: International E
Special Service:
Description: LETTER E

Attention:
FREEHILL HOGAN & MAHAR

Attention:

Tracking detail provided by DHL: 6/15/2007, 7:21:32 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on the invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user, you'll have access to services and tools to help you ship your packages easily and efficiently.

**Questions?**

We're here to help!
▸ Contact DHL

▶ Register Now

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

Contac



| Ship | Track | Services | About DHL | Help |

DHL USA Home    DHL Global



**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

# Track results detail

## Tracking results detail for 8255659624

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | Shipment delivered. |
| Delivered on | | 6/14/2007 12:27 pm |
| Delivered to | | |
| Signed for by | | YULISA MEDIN    What is this? |

## Log in to DHL

User ID [        ]
Password [        ]

☐ Remember my User ID

Log in ▶

▶ Forgot your Password?

**New to DHL online?**
Registration is quick and free.
▶ Sign up now

### Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 6/14/2007 | 12:27 pm | Shipment delivered. | Panama City, Panama |
| | 10:55 am | With delivery courier. | Panama City, Panama |
| | 4:46 am | With delivery courier. | Panama City, Panama |
| | 3:24 am | In transit. | Panama City, Panama |
| | 3:23 am | Depart Facility | Panama City, Panama |
| | 3:03 am | Arrived at DHL facility. | Panama City, Panama |
| | 12:15 am | Transit through DHL facility | Panama City, Panama |
| 6/13/2007 | 10:29 pm | Depart Facility | Miami Gateway, FL |
| | 5:30 pm | Processed at DHL Location. | Miami Gateway, FL |
| | 3:22 am | In transit. | Wilmington - Clinton Fiel |
| | 3:20 am | In transit. | Wilmington - Clinton Fiel |
| 6/12/2007 | 7:49 pm | In transit. | New York Midtown, NY |
| | 4:00 pm | Shipment picked up | New York Midtown, NY |

**Ship From:**
FREEHILL HOGAN &AMP;
MAHAR
New York, NY 10005-1759
United States

Attention:
FREEHILL HOGAN &AMP;
MAHAR

**Ship To:**
Panama City, Panama

Attention:

**Shipment Information:**
Ship date: 6/13/2007
Pieces: 1
Total weight: 1 lb *

Ship Type:
Shipment Reference:
Service: International E
Special Service:
Description: DOX

Tracking detail provided by DHL: 6/15/2007, 7:20:21 am pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to [
use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on the invoice.

**New to DHL?**

Registration is quick and easy. And as a registered user,

**Questions?**

We're here to help!

you'll have access to services and tools to help you ship your packages easily and efficiently.
▶ Register Now

▶ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.