439-01/DPM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Petitioner A.P. MOLLER-MAERSK A/S
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
A.P. MOLLER-MAERSK A/S,                         07 CV 1750 (DAB)

                              Petitioner,

    - against -                                 **DECLARATION OF SERVICE**
                                                **PURSUANT TO 28 USC § 1746**

AGROWEST S.A., DOSVALLES S.A., AND
COMEXA S.A.,

                              Respondents.
------------------------------------------------------------------x

FERNANDO ALFARO, pursuant to §1746 of Title 28 of the United States Code, hereby declares and says the following under penalty of perjury:

1. I am not a party to the within action and am over 18 years of age. I am an attorney in the law office of MORGAN & MORGAN which has an office and place of business at MMG Tower, 16th Floor, 53 E Street, Urbanización Obarrio, World Trade Center, Panama City, Republic of Panama.

2. On June 15, 2007, I personally served a copy of: (a) letter-brief dated June 12, 2007 addressed to the Honorable Deborah A. Batts and requesting that the Petition and Motion to Compel Arbitration be granted on default; and (b) Affidavit of Don P. Murnane Jr., Esq. (and accompanying exhibits) upon:

Agrowest S.A.
Comcxa, S.A.
Dos Valles, S.A.
Torre Dresdner Bank, Piso 8
Panama City, Republic of Panama.

3. As proof of service, I requested the individual to whom I hand-delivered the above-mentioned documents to sign, date and time the receipt of the documents. I attach herewith as Exhibit A, a copy of such proof of service.

Executed at:  Ciudad de Panamá, Panamá
June 18th, 2007

By: _____
FERNANDO ALFARO

# EXHIBIT A

NYDOCS1/265291.1

# MORGAN & MORGAN
### ABOGADOS - ATTORNEYS AT LAW

EDUARDO MORGAN (1988)
GERMAN LOPEZ (1994)
EDUARDO MORGAN JR
JUAN DAVID MORGAN
ARISTIDES ROYO S.
SIMON A. TEJEIRA Q.
EDUARDO FERRER M.
LUIS A. HINCAPIE
CARLOS DOMINGO DE PUY
JORGE LUIS REYES C.
MERCEDES A. DE GRIMALDO
ENRIQUE DE ALBA A
ROBERTO LEWIS M.
ANIBAL TEJEIRA A.
ENRIQUE A. JIMENEZ JR
MARIO A. DE DIEGO G
SIMON A. TEJEIRA JR.
RODRIGO E. ARIAS V.
JUAN DAVID MORGAN JR.
SUSANA E. REYES C.
EDUARDO GONZALEZ GARAY
EDUARDO E. MORGAN B.
ROMULO A. ROUX M
JAZMINA L. ROBI S.
FRANCISCO J. LINARES F
INOCENCIO E. GALINDO
RICARDO LACHMAN V
RAUL A. CASTRO
CARLOS E. GONZALEZ RAMIREZ

MMG TOWER, 16TH FLOOR, 53RD E STREET, URBANIZACION MARBELLA
P.O. BOX 0832-00232, WORLD TRADE CENTER, PANAMA, REPUBLIC OF PANAMA
TEL: (507) 265 7777 - FAX: (507) 265 7700
MARITIME 24 HOURS TEL: (507) 263-8030
E-MAIL: INFO@MORIMOR.COM
WEB SITE: WWW.MORIMOR.COM/LAWFIRM

MIGUEL A. DE PUY V.
JAVIER A. PEREZ A.
DAYRA BERBEY DE ROJAS
MARIA E. BRENES TOVAR
LUIS MANZANARES
FERNANDO A. ALFARO A.
RAMON VARELA
LUIS VALLARINO
LUIS MIGUEL HINCAPIE
ANA GRISELDA TRIBALDOS D.
JOSE D. CARRIZO D.
GISELLE MONCADA
EIDY DE PUY
ISABEL CRISTINA LOPEZ
ALEXIS MEDINA
FERNANDO BOYD
PATRICIA VILLANUEVA

MARIO A. TEJEIRA A.
NELA FERNANDEZ BLOISE
NAIM MUSA
RISHI ALAIN MUNGAL
MARIA ISABEL DOYLE
HELENE A. LEWIS
PATRICIO BARTHE
MARTA BATISTA
ANA CAROLINA PALACIOS
GABRIEL TRIBALDOS
JOSE ANDRES CALVO

June 15th, 2007


Messrs.
**AGROWEST, S.A.; COMEXA, S.A.;**
**& DOS VALLES, S.A.**
Torre Dresdner Bank, Piso 8
Calle 50
Panama City, Panama

<u>Attention:</u>   Manuel F. Haito S.

Dear Mr. Haito:

Please find enclosed herewith a copy of an application filed by AP Moller-Maersk A/S requesting that its Petition and Motion to Compel Arbitration filed before the United States District Court of the Southern District of New York, be granted on default.

Yours Sincerely,
**MORGAN & MORGAN**

Fernando Alfaro
/fa

DOS VALLES
RECIBIDO
FIRMA Katnia Mojica
FECHA 15/06/07   HORA 3:56

MADRID, SPAIN
TEL: (3491) 556-7616/(3491) 555-7736
FAX: (3491) 556-3689
EMAIL: MADRID@MORIMOR.COM

LONDON, ENGLAND
TEL: (44) 207-493-1978
FAX: (44) 207-493-1979
EMAIL: LONDON@MORIMOR.CO.UK

BELIZE CITY, BELIZE
TEL: (501) 227-6687/227-6688
FAX: (501) 227-6689
EMAIL: BELIZE@MORIMOR.COM

TORTOLA, B.V.I.
TEL: (284) 494-2011
FAX: (284) 494-2015
EMAIL: BVI@MORIMOR.COM

DAVID, PANAMA
TEL: (507) 775-8063
FAX: (507) 775-7914
EMAIL: CHIRIQUI@MORIMOR.COM