```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
A.P. MOLLER-MAERSK A/S,

                Petitioner,
                                              07 Civ. 1750 (DAB)
        -against-                             ORDER

AGROWEST S.A., DOSVALLES S.A., and
COMEXA, S.A.
                Respondents.
------------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Respondents' letter dated June 22, 2007, and Petitioner's letter dated June 26, 2007. The Respondents acknowledge their obligation to go to arbitration. Petitioner alleges that Respondents seek to select an ineligible arbitrator pursuant to Part II, Clause 16 of the Service Contract. (See Tsukamoto Dec., Ex. 1.) Within 30 (thirty) days of the date of this Order, Respondents shall notify Petitioner and the Court of their designated arbitrator, mindful of the constraints of Part II, Clause 16 of the Service Contract.

SO ORDERED.

Dated:   New York, New York
         June 28, 2007

                                        _____
                                        Deborah A. Batts
                                        United States District Judge

1

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/28/07]