```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
A.P. MOLLER-MAERSK A/S,

                Petitioner,
                                          07 Civ. 1750 (DAB)
        -against-                                ORDER

AGROWEST S.A., DOSVALLES S.A., and
COMEXA, S.A.
                Respondents.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Respondents' July 26, 2007 letter designating Mr. Manfred Arnold as an arbitrator in the underlying arbitration. The Court also is in receipt of Petitioner's letter of August 2, 2007 stating that it believes Mr. Manfred Arnold is a valid nominee. Accordingly, Petitioner's Motion for Default Judgment is DENIED as moot.

As well, pursuant to Rule 20 of the Rules for the Division of Business among District Judges of the Southern District of New York, which provides that "[a] civil case which, for reasons beyond the control of the court, can neither be tried nor otherwise terminated shall be transferred to the suspense docket . . . .",

IT IS HEREBY ORDERED THAT the Clerk of Court shall transfer this case to the suspense docket until and unless the case, pursuant to Rule 20 of the Rules for the Division of Business

1

among District Judges of the Southern District of New York, properly may be reassigned to this Court.

    SO ORDERED.

Dated:    New York, New York
           August 9, 2007

                                          DEBORAH A. BATTS
                                      United States District Judge